```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 18886
   NIKITA COLEMAN
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-1076
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 10/12/07 and confirmed on 01/11/08.

   2. The case was dismissed after confirmation, 10/03/2008.

   3. The Debtor paid a total of $   3268.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED VEHIC | 12500.00 | 447.38 | 752.63 |
| AARONS | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1637.10 | .00 | .00 |
| ARMED FORCES BANK | UNSECURED | 659.02 | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| CMI | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT CONTRO | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ENH | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 456.77 | .00 | .00 |
| GOLD KEY CREDIT INC | UNSECURED | NOT FILED | .00 | .00 |
| GUARANTY BANK | UNSECURED | NOT FILED | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| HEIGHTS FINANCE | UNSECURED | 540.94 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 674.77 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| INTERNATIONAL PORTFOLIO | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST EMERGENCY PH | UNSECURED | NOT FILED | .00 | .00 |
| MCA MANAGEMENT CO | UNSECURED | NOT FILED | .00 | .00 |

```
MCI                            UNSECURED      NOT FILED           .00          .00
NATIONAL RECOVERIES INC        UNSECURED      NOT FILED           .00          .00
NORTHEAST RADIOLOGY            UNSECURED      NOT FILED           .00          .00
SECURITY CHECK                 UNSECURED      NOT FILED           .00          .00
TRIBUTE                        UNSECURED      NOT FILED           .00          .00
USA PAYDAY LOANS               UNSECURED      NOT FILED           .00          .00
USCB INC                       UNSECURED      NOT FILED           .00          .00
VICTORY MEMORIAL HOSPITA       UNSECURED      NOT FILED           .00          .00
HSBC AUTO FINANCE              UNSECURED        1200.00           .00          .00
ECAST SETTLEMENT CORPORA       UNSECURED      NOT FILED           .00          .00
AMERICASH LOANS                UNSECURED         377.28           .00          .00
PREMIER BANKCARD/CHARTER       UNSECURED         770.49           .00          .00
PREMIER BANKCARD/CHARTER       UNSECURED         683.58           .00          .00
VISTA MEDICAL CENTER EAS       UNSECURED        3630.60           .00          .00
RESURGENT CAPITAL SERVIC       UNSECURED         751.27           .00          .00
```

       Summary of disbursements:
--------------------------------------------------------------------------------
                  SECURED       PRIORITY     UNSECURED         OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  12500.00         .00      11381.82           .00      23881.82
PRINCIPAL PAID        752.63         .00           .00           .00        752.63
INTEREST PAID         447.38         .00           .00           .00        447.38
TOTAL PAID           1200.01         .00           .00           .00       1200.01

The Debtor's attorney, KENNETH S BORCIA & ASSOC      , was allowed $   3500.00 and was paid $    1884.57 .

The Trustee received $      183.42 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/30/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                              PAGE   3
        CASE NO. 07 B 18886 NIKITA COLEMAN
```